UNITED STATES of America, Plaintiff–Appellee,

v.

Larry ANDREWS, a.k.a. Little Larry, a.k.a. "L", Defendant–Appellant.

No. 14–15200
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 2, 2015.

Linda Julin Mcnamara. Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Andrew Tysen Duva, Bonnie Ames Glober, U.S. Attorney's Office, Jacksonville, FL, Kelly S. Karase, U.S. Attorney's Office, Miami, FL for Plaintiff–Appellee.

Valarie Linnen, Valarie Linnen, Esq, Atlantic Beach, FL for Defendant–Appellant.

Larry Andrews, Jesup, GA, pro se.

Before WILLIAM PRYOR, JORDAN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Valarie Linnen, appointed counsel for Larry Andrews in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent

* Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by

designation.

review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Andrews's convictions and sentences are **AFFIRMED.**